DAVID M. GOODRICH, TRUSTEE
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
Tel:    (714) 966-1000

CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In Re:<br><br>MARY FUENTES<br><br><br><br><br>Debtor(s) | Case No.: 2:18-bk-20553-BR<br>Chapter: 7<br><br>**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(A)]** |
|---|---|

COUNSEL:   STANLEY D BOWMAN
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to the Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 11/08/2018 at 11:00 AM in Room 2, U.S TRUSTEE' OFFICE, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017 for the reason set forth below:

☐    (1) You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed.

☒    (2) Other: Debtor to provide insurance policy for real property.  Please call prior to the continued meeting to determine if the appearance is required.

Dated: October 19, 2018                        /S/ DAVID M. GOODRICH
                                                        DAVID M. GOODRICH

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on October 19, 2018.

                                                         /s/ Lorraine Robles
                                                        Lorraine Robles